1056

[No. 28452-9-II.   Division Two.   April 29, 2003.]

SUZANNE DELACEY, *Appellant*, v. CLOVER PARK SCHOOL DISTRICT, *Respondent*.

Appeal from judgments of the Superior Court for Thurston County, No. 01-2-00718-9, Daniel J. Berschauer, J., entered January 25 and February 22, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J. Now published at 117 Wn. App. 291.


[No. 28486-3-II.   Division Two.   April 29, 2003.]

BRADLEY JEVONS, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 00-2-00270-2, Kenneth D. Williams, J., entered June 22, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Morgan, J.


[No. 28497-9-II.   Division Two.   April 29, 2003.]

CRYSTAL ROGERS, *Appellant*, v. TRACY MUMEY, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for Clark County, No. 99-2-04203-8, Edwin L. Poyfair, J., entered February 8 and March 7, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.


[No. 28946-6-II.   Division Two.   April 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN RAMON CERROS-CHAVEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-1-00362-6, John P. Wulle, J., entered June 10, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.